## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM ZETH BARRY | No.  2:23-mj-153-KFW |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Stephanie L. Rattigan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and am currently assigned to the FBI Boston Division - Portland, Maine Resident Agency, where I am an Agent on the Southern Maine Gang Task Force. I have been a Special Agent since January 2017. I received 21 weeks of training at the FBI Academy in Quantico, Virginia. Prior to becoming a Special Agent, I had two prior roles in the FBI: the first as an Operational Support Technician from 2011 to 2014, and the second as a Staff Operations Specialist from 2014 to 2017. Over the course of my law enforcement career, I have investigated various types of violent crimes in the States of New Jersey and Maine, to include crimes involving fugitives, criminal enterprises, bank robberies, kidnappings, narcotics, violent crimes against children, missing persons, crimes aboard aircrafts, and crimes on the high seas.

2. The facts in this affidavit come from my personal observations, my training and experience, my review of security footage, and information obtained from other agents, law enforcement officers, and witnesses.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that BARRY assaulted a federal officer while that officer was engaged in the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

## SHOWING OF PROBABLE CAUSE

4. Victim 1 is a federal officer employed with the Transportation Security Administration (TSA). On May 8, 2023, Victim 1 was performing official duties at the Portland International Jetport (PWM).

5. On May 8, 2023 at approximately 6:10 p.m., the defendant, WILLIAM ZETH BARRY (year of birth 1995), approached the TSA checkpoint at PWM and walked toward the security checkpoint. Victim 1 was working at this checkpoint.

6. BARRY provided his driver's license to Victim 1, who processed BARRY's credentials and returned his driver's license. BARRY began walking through the checkpoint, but stopped to the left of Victim 1, who was facing straight ahead. Without provocation, BARRY struck Victim 1 with a closed fist on the left side of Victim 1's face. BARRY retreated and sat on the ground, though he remained in the vicinity of the checkpoint and Victim 1.

7. Upon learning of the incident, Victim 1's supervisor (Witness 1) responded to the checkpoint and observed BARRY sitting on the ground. BARRY told Witness 1 that he was "not ok in the head" and said he would "wait for the police to arrest [him]." BARRY began walking away from the checkpoint toward the escalator.

8. WITNESS 1 notified Portland Police Officer Kevin Haley, who was present at PWM, of the incident. Upon making contact with BARRY, BARRY informed Officer Haley that he had "just punched someone" and that he "wanted to go to jail."

9. The left side of Victim 1's face was red and swollen as a result of the incident. Victim 1 sought medical attention for his injuries.

## CONCLUSION

10. I respectfully submit, based on the facts set forth above, that probable cause exists to charge WILLIAM ZETH BARRY, the defendant, by Criminal Complaint with the offense of assault on a federal officer, namely Victim 1, a Transportation Security Officer at Portland International Jetport (PWM), while he was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1). I request that the accompanying Criminal Complaint be issued.

*Stephanie L. Rattigan*
Stephanie L. Rattigan
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: May 22 2023

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title